UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: ) Case No: **17-15116**
    **VALORIE M GRADFORD** ) Judge: JESSICA PRICE SMITH
)
Debtor(s) ) Chapter 7 Proceeding
)
) **REQUEST FOR NOTICE**
) **TO CREDITORS**

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter.

Please issue notice to creditors to file claims.

                                              /s/ Virgil E. Brown, Jr.
                                              Virgil E. Brown, Jr. 0003675
                                              Attorney for Trustee
                                              4070 Mayfield Road
                                              Cleveland, Ohio 44121
                                              (216) 851-3304
                                              (216) 851-2900 fax
                                              virgil@vebtrustee.com