# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Page: 1

Case No: 17-15116 JPS Judge: JESSICA PRICE SMITH
Case Name: GRADFORD, VALORIE M
For Period Ending: 09/30/17 (1st reporting period for this case)

Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Date Filed (f) or Converted (c): 08/30/17 (f)
341(a) Meeting Date: 09/25/17
Claims Bar Date:

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 3775 Warrendale Rd Cleveland O | 60,000.00 | 0.00 | | 0.00 | FA |
| 2. Duplex or multi-unit building, If you own or have | 25,000.00 | 0.00 | | 0.00 | FA |
| 3. Duplex or multi-unit building, 13521-23 Earlwood C | 35,000.00 | 0.00 | | 0.00 | FA |
| 4. 2015 Ford Edge (Lease) mileage: 11000 | 0.00 | 0.00 | | 0.00 | FA |
| 5. household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 7. Huntington | 13.69 | 13.69 | | 0.00 | 13.69 |
| 8. Fifth Third | 8,460.42 | 6,745.42 | | 0.00 | 6,745.42 |
| 9. State Farm Credit Union | 3,472.00 | 3,472.00 | | 0.00 | 3,472.00 |
| 10. Walmart Stock | 327.73 | 327.73 | | 0.00 | 327.73 |
| 11. Home Deposit stock | 3,399.00 | 3,399.00 | | 0.00 | 3,399.00 |
| 12. Pfizer stock | 412.00 | 412.00 | | 0.00 | 412.00 |
| 13. State Farm 401(k) plan | 246,390.27 | 0.00 | | 0.00 | FA |
| 14. wages | Unknown | 0.00 | | 0.00 | FA |
| 15. Life insurance at work -- term | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values): $387,485.11 | $14,369.84 | | $0.00 | $14,369.84

Gross Value of Remaining Assets
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/18    Current Projected Date of Final Report (TFR): 12/30/18

Ver: 20.00e

LFORM1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 17-15116  JPS  Judge: JESSICA PRICE SMITH  Trustee Name: TRUSTEE VIRGIL E. BROWN, JR.
Case Name: GRADFORD, VALORIE M
Date Filed (f) or Converted (c): 08/30/17 (f)
341(a) Meeting Date: 09/25/17
Claims Bar Date:

/s/ TRUSTEE VIRGIL E. BROWN, JR.

_____
TRUSTEE VIRGIL E. BROWN, JR.   Date: 12/02/17

LFORM1  Ver: 20.00e