UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re: §
§
GRADFORD, VALORIE M § Case No. 17-15116
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TRUSTEE VIRGIL E. BROWN, JR., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 0.00                      Assets Exempt: 559,519.23
*(Without deducting any secured claims)*

Total Distributions to Claimants: 9,710.69  Claims Discharged
                                            Without Payment: 100,482.00

Total Expenses of Administration: 2,132.60

3) Total gross receipts of $ 14,403.55 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,560.26 (see **Exhibit 2**), yielded net receipts of $ 11,843.29 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 245,208.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,132.60 | 2,132.60 | 2,132.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 109,988.00 | 9,515.41 | 9,515.41 | 9,710.69 |
| **TOTAL DISBURSEMENTS** | $ 355,196.00 | $ 11,648.01 | $ 11,648.01 | $ 11,843.29 |

4) This case was originally filed under chapter 7 on 08/30/2017 . The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/03/2019        By:/s/TRUSTEE VIRGIL E. BROWN, JR.
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Huntington | 1129-000 | 47.40 |
| Fifth Third | 1129-000 | 6,745.42 |
| State Farm Credit Union | 1129-000 | 3,472.00 |
| Walmart Stock | 1129-000 | 327.73 |
| Home Deposit stock | 1129-000 | 3,399.00 |
| Pfizer stock | 1129-000 | 412.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 14,403.55** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| VALORIE M GRADFORD | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 2,560.26 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,560.26** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank Fifth Third Bank Bankruptcy Department, 1830 E Paris Ave Se Grand Rapids, MI 49546 | | 55,670.00 | NA | NA | 0.00 |
| | Ford Motor Credit National Bankruptcy Service Center Po Box 62180 Colorado Springs, CO 80962 | | 4,877.00 | NA | NA | 0.00 |
| | Nationstar Mortgage LLC Attn: Bankruptcy 8950 Cypress Waters Blvd Coppell, TX 75019 | | 100,889.00 | NA | NA | 0.00 |
| | Seterus Inc 14523 Sw Millikan Way St Beavertton, OR 97005 | | 83,772.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 245,208.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:TRUSTEE VIRGIL E. BROWN, JR. | 2100-000 | NA | 1,934.33 | 1,934.33 | 1,934.33 |
| TRUSTEE EXPENSES:TRUSTEE VIRGIL E. BROWN, JR. | 2200-000 | NA | 12.60 | 12.60 | 12.60 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| INSURANCE PARTNERS AGENCY, INC/ | 2300-000 | NA | 6.64 | 6.64 | 6.64 |
| BOK FINANCIAL | 2600-000 | NA | 179.03 | 179.03 | 179.03 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,132.60 | $ 2,132.60 | $ 2,132.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Attn: Correspondence Dept Po Box 15298 Wilmington, DE 19850 | | 449.00 | NA | NA | 0.00 |
| | Macys/DSNB Attn: Bankruptcy Po Box 8053 Mason, OH 45040 | | 33.00 | NA | NA | 0.00 |
| | PNC Bank 2730 Liberty Avenue Pittsburgh, PA 15222 | | 100,000.00 | NA | NA | 0.00 |
| 000001 | THE HUNTINGTON NATIONAL BANK | 7200-000 | 9,506.00 | 9,515.41 | 9,515.41 | 9,515.41 |
| | THE HUNTINGTON NATIONAL BANK | 7990-000 | NA | NA | NA | 195.28 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 109,988.00 | $ 9,515.41 | $ 9,515.41 | $ 9,710.69 |

| Case No: | 17-15116 JPS Judge: JESSICA PRICE SMITH | | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
|---|---|---|---|---|---|
| Case Name: | GRADFORD, VALORIE M | | | Date Filed (f) or Converted (c): | 08/30/17 (f) |
| | | | | 341(a) Meeting Date: | 09/25/17 |
| For Period Ending: | 10/03/19 | | | Claims Bar Date: | 03/19/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single-family home, 3775 Warrendale RdCleveland O | 60,000.00 | 0.00 | | 0.00 | FA |
| 2. Duplex or multi-unit building, If you own or have | 25,000.00 | 0.00 | OA | 0.00 | FA |
| 3. Duplex or multi-unit building, 13521-23 EarlwoodC | 35,000.00 | 0.00 | OA | 0.00 | FA |
| 4. 2015 Ford Edge (Lease) mileage: 11000 | 0.00 | 0.00 | | 0.00 | FA |
| 5. household goods | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 10.00 | 0.00 | | 0.00 | FA |
| 7. Huntington | 13.69 | 0.00 | | 13.69 | FA |
| 8. Fifth Third | 8,460.42 | 6,745.42 | | 6,745.42 | FA |
| 9. State Farm Credit Union | 3,472.00 | 3,503.91 | | 3,503.91 | FA |
| 10. Walmart Stock | 327.73 | 327.73 | | 327.73 | FA |
| 11. Home Deposit stock | 3,399.00 | 3,399.90 | | 3,399.90 | FA |
| 12. Pfizer stock | 412.00 | 412.90 | | 412.90 | FA |
| 13. State Farm 401(k) plan | 246,390.27 | 0.00 | | 0.00 | FA |
| 14. wages | Unknown | 0.00 | | 0.00 | FA |
| 15. Life insurance at work -- term | 0.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $387,485.11 | $14,389.86 | | $14,403.55 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/18    Current Projected Date of Final Report (TFR): 12/30/18

LFORM1    Ver: 22.02b

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

| | |
|---|---|
| Case No: 17-15116 JPS Judge: JESSICA PRICE SMITH | Trustee Name: TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: GRADFORD, VALORIE M | Date Filed (f) or Converted (c): 08/30/17 (f) |
| | 341(a) Meeting Date: 09/25/17 |
| | Claims Bar Date: 03/19/18 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-15116 -JPS | Trustee Name: TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | GRADFORD, VALORIE M | Bank Name: BOK FINANCIAL |
| | | Account Number / CD #: *******7449 Checking Account |
| Taxpayer ID No: | *******9305 | |
| For Period Ending: | 10/03/19 | Blanket Bond (per case limit): $ 1,337,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/09/17 | * NOTE * | VALORIE M GRADFORD 3775 WARRENDALE CLEVELAND, OH 44118 | Payment from debtor * NOTE * Properties 7, 8, 9, 10, 11, 12 | 1129-000 | 14,403.55 | | 14,403.55 |
| 12/29/17 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 12.32 | 14,391.23 |
| 01/18/18 | 010001 | INSURANCE PARTNERS AGENCY, INC 26865 CENTER RIDGE ROAD WESTLAKE, OH 44145 | BOND PREMIUM | 2300-000 | | 6.64 | 14,384.59 |
| 01/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 21.38 | 14,363.21 |
| 02/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 19.28 | 14,343.93 |
| 03/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 21.31 | 14,322.62 |
| 04/30/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 20.60 | 14,302.02 |
| 05/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 21.25 | 14,280.77 |
| 06/29/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 20.54 | 14,260.23 |
| 07/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 21.19 | 14,239.04 |
| 08/31/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-000 | | 21.16 | 14,217.88 |
| * 09/28/18 | | BOK FINANCIAL | BANK SERVICE FEE | 2600-003 | | 20.45 | 14,197.43 |
| * 12/04/18 | | Reverses Adjustment OUT on 09/28/18 | BANK SERVICE FEE bank fee returned to account | 2600-003 | | -20.45 | 14,217.88 |
| 04/10/19 | | Trsf To Axos Bank | FINAL TRANSFER | 9999-000 | | 14,217.88 | 0.00 |

Page Subtotals  14,403.55  14,403.55

Ver: 22.02b

LFORM24  UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-15116 -JPS | |
| Case Name: | GRADFORD, VALORIE M | |
| Taxpayer ID No: | *******9305 | |
| For Period Ending: | 10/03/19 | |

| | | |
|---|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. | |
| Bank Name: | BOK FINANCIAL | |
| Account Number / CD #: | *******7449 Checking Account | |
| Blanket Bond (per case limit): | $ 1,337,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 14,403.55 | 14,403.55 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,217.88 | |
| Subtotal | 14,403.55 | 185.67 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 14,403.55 | 185.67 | |

Page Subtotals 0.00 0.00

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 10)

17-15116-jps    Doc 42    FILED 10/18/19    ENTERED 10/18/19 15:31:33    Page 10 of 12

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-15116 -JPS | | Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. |
| Case Name: | GRADFORD, VALORIE M | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0363  Checking Account |
| Taxpayer ID No: | *******9305 | | | |
| For Period Ending: | 10/03/19 | | Blanket Bond (per case limit): | $ 1,337,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/10/19 | | Trsf In From BOK FINANCIAL | INITIAL WIRE TRANSFER IN | 9999-000 | 14,217.88 | | 14,217.88 |
| 05/31/19 | 002001 | TRUSTEE VIRGIL E. BROWN, JR.<br>4070 Mayfield Road<br>CLEVELAND, OH  44121 | Chapter 7 Compensation/Expense | | | 1,946.93 | 12,270.95 |
| | | | Fees        1,934.33 | 2100-000 | | | |
| | | | Expenses       12.60 | 2200-000 | | | |
| 05/31/19 | 002002 | The Huntington National Bank<br>5555 Cleveland Avenue<br>GW4W25<br>Columbus, Ohio  43231 | Claim 000001, Payment 102.05225%<br>(1-1) Credit Card | | | 9,710.69 | 2,560.26 |
| | | | Claim        9,515.41 | 7200-000 | | | |
| | | | Interest       195.28 | 7990-000 | | | |
| 05/31/19 | 002003 | VALORIE M GRADFORD<br>3775 WARRENDALE<br>CLEVELAND, OH  44118 | Surplus Funds | 8200-002 | | 2,560.26 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 14,217.88 | 14,217.88 | 0.00 |
| Less:  Bank Transfers/CD's | | 14,217.88 | 0.00 | |
| Subtotal | | 0.00 | 14,217.88 | |
| Less:  Payments to Debtors | | | 2,560.26 | |
| Net | | 0.00 | 11,657.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7449 | 14,403.55 | 185.67 | 0.00 |
| Checking Account - ********0363 | 0.00 | 11,657.62 | 0.00 |
| | 14,403.55 | 11,843.29 | 0.00 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals       14,217.88       14,217.88

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: | 17-15116 -JPS | |
| Case Name: | GRADFORD, VALORIE M | |
| Taxpayer ID No: | *******9305 | |
| For Period Ending: | 10/03/19 | |

| | | |
|---|---|---|
| Trustee Name: | TRUSTEE VIRGIL E. BROWN, JR. | |
| Bank Name: | Axos Bank | |
| Account Number / CD #: | *******0363  Checking Account | |
| Blanket Bond (per case limit): | $ 1,337,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - ********7449 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********0363 | | | | |

Page Subtotals  0.00  0.00

Ver: 22.02b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*